# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-2659
LT Case No. 2021-CF-000707-A

———————————————————

DUNTE CAMPBELL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Dunte Campbell, Jasper, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

January 9, 2024

PER CURIAM.

DENIED.

MAKAR, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____